**MINUTES OF CHAPTER 1341(a) MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS**

Case Name: __Ritenour__ JAD/TPA/CMB/(GLT)

Case Number: __17-23658__

Date of Meeting: __10/16/17__ Recording # __12__

Debtor(s) present __✓__ or Not Present ___ (__ No Payments Made or __ partial payments)

Attorney for debtor(s) __Daniels__ (Present __✓__ or Not Present ___)

Date of Plan at § 341: __9/12/17__ Applicable commitment period __✓__ 3 yrs __ 5 yrs

Asked for complete copy of 2016 tax transcript.

__✓__ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD
___ Order to Show Cause Requested
___ To be rescheduled by Clerk

___ Confirmation Order recommended ___ Final ___ Interim
___ Amended Plan due: _____; Objections due: _____

___ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
___ 341 Meeting OR __✓__ Conciliation Conf. OR ___ *Contested Hearing
On __12/7/17__ at __11:00__ am/pm Location ___

No payments yet — can't to confirm payments on hand

_____
Chapter 13 Trustee/Attorney for Trustee