**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case #: 17-23658-GLT |
| RICHARD M. RITENOUR, | Chapter 13 |
| Debtor | |
| LAKEVIEW LOAN SERVICING LLC, | Related Claim: 2 |
| | Related doc: 30 |
| Movant | |
| v. | |
| RICHARD M. RITENOUR and | |
| Ronda J. Winnecour, Esq., Trustee, | |
| Respondents | |

**CERTIFICATE OF SERVICE
OF DECLARATION RE: NOTICE OF PAYMENT CHANGE**

    I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 26th day of November 2018, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #2), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.  
Suite 3250 USX Tower  
600 Grant Street  
Pittsburgh, PA 15219  

James C. Warmbrodt, Esq.  
KML Law Group, PC  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  

    Respectfully submitted,

    /s/ Christian M. Rieger  
Christian M. Rieger, Esquire  
PA: 307037  
2403 Sidney Street  
Suite 214  
Pittsburgh, PA 15203  
(412) 381-8809  
(412) 381-4594 (fax)  
criegerlaw@gmail.com  

Date: November 26, 2018