IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: )<br>Richard M. Ritenour )<br>)<br>    Debtor(s) )<br>_____)<br>Ronda J. Winnecour, Chapter 13 )<br>Trustee, )<br>)<br>    Movant, )<br>)<br>    Vs. )<br>Lakeview Loan Servicing, LLC )<br>)<br>    Respondent(s) ) | Case No.: 17-23658 GLT<br>Chapter 13 |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO PRECLUDE POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Objection filed on November 7, 2018 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Objection appears thereon. Pursuant to the Notice of Hearing, responses to the Trustee's Objection were to be filed and served no later than December 10, 2018.

12-13-2018

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com