IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/13/18 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re:<br>Richard M. Ritenour<br><br>　　Debtor(s)<br>_____<br>Ronda J. Winnecour, Chapter 13 Trustee,<br><br>　　Movant,<br><br>　　Vs.<br>Lakeview Loan Servicing, LLC<br><br>　　Respondent(s) | Case No.: 17-23658 GLT<br>Chapter 13<br><br>Related to Docket No. 28 |

ORDER

AND NOW, this __13th__ day of __December__, 2018, upon consideration of Trustee's Motion to Preclude Postpetition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that the charges requested in the Notice of Postpetition Mortgage Fees, Expenses and Charges are disallowed. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges not later than 60 days from the date of this Order. The proof must include a notarized affidavit by a corporate officer reflecting that the charges have been removed as well as full and comprehensible loan history from the inception of the loan and a payoff statement as of December 31, 2018. It is further

ORDERED that in the event that the creditor choses to withdraw the Notice of Postpetition Mortgage Fees, Expenses and Charges, the Respondent provide proof at the time of the withdrawal that the records have been corrected to show that there are no charges for the amounts claimed in the Notices. It is further

ORDERED that no additional charges will be assessed for defending the objection or for compliance with this Order.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 17-23658-GLT
Richard M Ritenour                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: lfin              Page 1 of 1              Date Rcvd: Dec 13, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db             +Richard M Ritenour,    143 Main Street,    Bentleyville, PA 15314-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Christian M Rieger    on behalf of Debtor Richard M Ritenour criegerlaw@gmail.com,
               chris@pauldanielslaw.com
              James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul M. Daniels    on behalf of Debtor Richard M Ritenour paul@pauldanielslaw.com,
               robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5