IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| Richard M. Ritenour ) | Case No.: 17-23658 GLT |
| ) | Chapter 13 |
| Debtor(s) ) | |
| _____) | |
| Ronda J. Winnecour, Chapter 13 ) | |
| Trustee, ) | |
| ) | |
| Movant, ) | |
| ) | |
| Vs. ) | |
| Lakeview Loan Servicing, LLC ) | |
| Respondent(s) ) | |

### AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the Objection with attached proposed Order of Court and Notice of hearing upon the following, by regular United States mail, postage prepaid:

Richard M. Ritenour
143 Main Street
Bentleyville, PA  15314

Christian M. Rieger, Esquire
Paul M. Daniels & Associates
2403 Sidney St, Suite 214
Pittsburgh, PA 15203

M & T Bank
P.O. Box 1288
Buffalo, NY  14240-1288

James C. Warmbrodt, Esquire (via Certified Mail)
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

M & T Bank
Attn: Robert Wilmers, CEO
One M & T Plaza
Buffalo, NY  14203

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

| 2/21/2019 | /s/ Jeannine L. Lemarie |
|---|---|
| Date | Administrative Assistant |
| | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | 412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |