**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                  Bankruptcy Case No.: 17−23658−GLT
                                        Issued Per 3/28/2019 Proceeding
                                        Chapter: 13
                                        Docket No.: 41 − 6
                                        Conciliation Conference Date: 6/13/19 at 11:30 AM

**Richard M Ritenour**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

on the respondent(s) at (list names and addresses here):

Executed on _____        _____
                (Date)                                          (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard M Ritenour  
       Debtor

Case No. 17-23658-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 1      Date Rcvd: Mar 29, 2019  
                    Form ID: 150      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.  
db            +Richard M Ritenour,   143 Main Street,    Bentleyville, PA 15314-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:  
            Christian M Rieger    on behalf of Debtor Richard M Ritenour criegerlaw@gmail.com, chris@pauldanielslaw.com  
            James Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Paul M. Daniels    on behalf of Debtor Richard M Ritenour paul@pauldanielslaw.com, robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                                                               TOTAL: 5