# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Richard M. Ritenour<br>　　　　　　Debtor<br><br>Ronda J. Winnecour, Chapter 13 Trustee<br>　　　　　　Movant<br>　vs.<br><br>Lakeview Loan Servicing, LLC<br>　　　　　　Respondent | NO. 17-23658 GLT<br><br>CHAPTER 13<br><br>Related to Document No. 35 |

## STIPULATION AND ORDER AS TO TRUSTEE'S MOTION TO COMPEL AND FOR SANCTIONS

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, Lakeview Loan Servicing, LLC, filed a Notice of Post-Petition Mortgage Fees, Expenses, and Charges on November 13, 2017 listing fees and expenses totaling $650.00; and

WHEREAS, the Chapter 13 Trustee filed a Motion to Preclude Postpetition Mortgage Fees, Expenses, and Charges on November 7, 2018; and

WHEREAS, the court entered an order on December 13, 2018 disallowing Respondent's fees and charges and requiring Respondent to provide proof of the removal of the disallowed charges from Debtor's account; and

WHEREAS, the Chapter 13 Trustee has filed a motion to compel and for sanctions to enforce the court's order of December 13, 2018; and

WHEREAS, Respondent has provided to the Chapter 13 Trustee and has filed proof of the removal of the disallowed fees and charges from Debtor's account, consisting of a notarized affidavit from a corporate officer, a loan history, and a payoff statement;

It is therefore Stipulated and agreed as follows:

1. Respondent shall pay to the Chapter 13 Trustee counsel fees in the amount of $100.00 which fees shall be payable within thirty (30) days from the entry of the order approving this Stipulation.

2. Respondent is prohibited from adding any fees or other charges to the debtor's account in connection with any response to the Trustee's motion, for attending any hearing in this matter, or for otherwise complying with this Stipulation and Order.

3. Based upon the Respondent's representations and stipulations, the Chapter 13 Trustee hereby withdraws the motion to compel and for sanctions.

Consented to by:

| | |
|---|---|
| */s/ Ronda J. Winnecour* | */s/ James C. Warmbrodt, Esquire* |
| Ronda J. Winnecour, Esquire | James C. Warmbrodt, Esquire |
| Chapter 13 Trustee | Attorney for Respondent |
| US Steel Tower-Suite 3250 | KML Law Group, P.C. |
| Pittsburgh, PA 15219 | 701 Market Street, Suite 5000 |
| Phone: 412-471-5566 | Philadelphia, PA 19106 |
| rwinnecour@chapter13trusteewdpa.com | Phone: 215-627-1322 |
| | jwarmbrodt@kmllawgroup.com |

It is hereby ORDERED that the parties' Stipulation be and hereby is APPROVED.

By the Court,

_____ J.
Gregory L. Taddonio, Judge
United States Bankruptcy Court

DATED: March 29, 2019

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23658-GLT
Richard M Ritenour                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: mgut              Page 1 of 1              Date Rcvd: Mar 29, 2019
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
db        +Richard M Ritenour,   143 Main Street,   Bentleyville, PA 15314-1528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
      Christian M Rieger    on behalf of Debtor Richard M Ritenour criegerlaw@gmail.com, chris@pauldanielslaw.com
      James Warmbrodt    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul M. Daniels    on behalf of Debtor Richard M Ritenour paul@pauldanielslaw.com, robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                                               TOTAL: 5