# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    RICHARD M. RITENOUR,

    Debtor

Case #: 17-23658-GLT

Chapter 13

---

LAKEVIEW LOAN SERVICING LLC,

    Movant

    v.

RICHARD M. RITENOUR and
Ronda J. Winnecour, Esq., Trustee,

    Respondents

Related Claim: 2
Related doc: 48

## CERTIFICATE OF SERVICE
## OF DECLARATION RE: NOTICE OF PAYMENT CHANGE

    I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 15th day of October 2020, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #2), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Dane Exnowski
McCalla Raymer Leibert Pierce LLC
1544 Old Alabama Road
Roswell, GA 30076

Respectfully submitted,

  /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: October 15, 2020