## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

      RICHARD M. RITENOUR,

           Debtor

_____

LAKEVIEW LOAN SERVICING LLC,

           Movant

      v.

RICHARD M. RITENOUR and
Ronda J. Winnecour, Esq., Trustee,

           Respondents

Case #: 17-23658-GLT

Chapter 13

Related Claim: 2

## DECLARATION THAT PAYMENT IS SUFFICIENT

      The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant.  The new monthly mortgage payment is **$572.77**, effective **December 1, 2020**.

Respectfully submitted,

   /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: November 18, 2020