**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    RICHARD M. RITENOUR,

        Debtor

_____

LAKEVIEW LOAN SERVICING LLC,

        Movant

    v.

RICHARD M. RITENOUR and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Case #: 17-23658-GLT

Chapter 13

Related Claim: 2
Related doc: 50

**CERTIFICATE OF SERVICE
OF DECLARATION RE: NOTICE OF PAYMENT CHANGE**

        I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 18th day of November 2020, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #2), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

Ronda J. Winnecour, Esq.
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Michael J. McCormick
McCalla Raymer Leibert Pierce LLC
1544 Old Alabama Road
Roswell, GA 30076

        Respectfully submitted,

          /s/ Christian M. Rieger
        Christian M. Rieger, Esquire
        PA: 307037
        2403 Sidney Street
        Suite 214
        Pittsburgh, PA 15203
        (412) 381-8809
        (412) 381-4594 (fax)
        criegerlaw@gmail.com

Date: November 18, 2020