**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

      RICHARD M. RITENOUR,

            Debtor

_____

LAKEVIEW LOAN SERVICING LLC,

            Movant

      v.

RICHARD M. RITENOUR and
Ronda J. Winnecour, Esq., Trustee,

            Respondents

Case #: 17-23658-GLT

Chapter 13

Related Claim: 2

**<u>DECLARATION THAT PAYMENT IS SUFFICIENT</u>**

        The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant.  The new monthly mortgage payment is **<u>$572.61</u>**, effective **<u>December 1, 2021</u>**.

        Respectfully submitted,

        <u>  /s/ Christian M. Rieger  </u>
        Christian M. Rieger, Esquire
        PA: 307037
        2403 Sidney Street
        Suite 214
        Pittsburgh, PA 15203
        (412) 381-8809
        (412) 381-4594 (fax)
        criegerlaw@gmail.com

<u>Date: November 17, 2021</u>