# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    RICHARD M. RITENOUR,

        Debtor

_____

LAKEVIEW LOAN SERVICING LLC,

        Movant

    v.

RICHARD M. RITENOUR and
Ronda J. Winnecour, Esq., Trustee,

        Respondents

Case #: 17-23658-GLT

Chapter 13

Related Claim: 2
Related doc: 55

## CERTIFICATE OF SERVICE
## OF DECLARATION RE: NOTICE OF PAYMENT CHANGE

        I certify under penalty pf perjury, that I am and after all times hereinafter mentioned, was more than 18 years of age, and that on the 21st day of April 2022, I served a copy of the Debtor's Declaration Re: Notice of Payment Change (Claim #2), filed in this proceeding, by U.S. Regular Mail, First Class Postage Prepaid upon:

| | |
|---|---|
| Ronda J. Winnecour, Esq.<br>Suite 3250 USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Linda St. Pierre<br>McCalla Raymer Leibert Pierce LLC<br>1544 Old Alabama Road<br>Roswell, GA 30076 |

        Respectfully submitted,

          /s/ Christian M. Rieger
        Christian M. Rieger, Esquire
        PA: 307037
        2403 Sidney Street
        Suite 214
        Pittsburgh, PA 15203
        (412) 381-8809
        (412) 381-4594 (fax)
        criegerlaw@gmail.com

Date: April 21, 2022