Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: Richard M Ritenour
CHAPTER: 13
CASE NUMBER: 17-23658

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 3474 in the amount of $766.16.
3. Docketed by the court on November 14, 2017 Claim number 4.

    You are notified that such proof of claim is hereby withdrawn.

DATED: May 04, 2022

Bank of America, N.A.

/s/ Jeffrey Randall, Assistant Vice President