FILED
5/4/22 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re: Richard M Ritenour
CHAPTER: 13
CASE NUMBER: 17-23658

TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of Bank of America, N.A.
2. For account 3474 in the amount of $766.16.
3. Docketed by the court on November 14, 2017 Claim number 4.

   You are notified that such proof of claim is hereby withdrawn.

DATED: May 04, 2022

Bank of America, N.A.

/s/ Jeffrey Randall, Assistant Vice President

drb

SO ORDERED
May 04, 2022

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 17-23658-GLT
Richard M Ritenour | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: auto        Page 1 of 2
Date Rcvd: May 04, 2022        Form ID: pdf900        Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Richard M Ritenour, 143 Main Street, Bentleyville, PA 15314-1528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | Email/Text: mortgagebkcorrespondence@bofa.com | May 04 2022 23:39:00 | Bank of America, N.A., PO Box 15102, Wilmington, DE 19886-5102 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2022        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christian M Rieger | on behalf of Debtor Richard M Ritenour criegerlaw@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul M. Daniels | on behalf of Debtor Richard M Ritenour paul@pauldanielslaw.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 04, 2022 | Form ID: pdf900 | Total Noticed: 2 |

Ronda J. Winnecour     robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com

cmecf@chapter13trusteewdpa.com

TOTAL: 5