UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  RICHARD M RITENOUR<br><br>  Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>  RICHARD M RITENOUR<br><br>  Respondents | Case No.17-23658GLT<br><br>Chapter 13<br><br>Related to Docket No. 58 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  20th Day of September  , it is hereby ORDERED, ADJUDGED, and DECREED that,

Home Depot Usa Inc*  (Emp)
Attn: Payroll/Garnishments*
2455 Paces Ferry Rd*
Atlanta,GA 30339

is hereby ordered to immediately terminate the attachment of the wages of RICHARD M RITENOUR, social security number XXX-XX-2987.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of RICHARD M RITENOUR.

BY THE COURT:

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23658-GLT |
| Richard M Ritenour | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 1 |
| Date Rcvd: Sep 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Richard M Ritenour, 143 Main Street, Bentleyville, PA 15314-1528 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 22, 2022 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LakeView Loan Servicing LLC bnicholas@kmllawgroup.com |
| Christian M Rieger | on behalf of Debtor Richard M Ritenour criegerlaw@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul M. Daniels | on behalf of Debtor Richard M Ritenour paul@pauldanielslaw.com robert@pauldanielslaw.com;pauldaniels.lawclerk@gmail.com;chris@pauldanielslaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5