# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Richard M. Ritenour**<br>　　　　　　　　　　**Debtor**<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>　vs.<br><br>**Richard M. Ritenour**<br>　　　　　　　　　　**Debtor**<br><br>**Ronda J. Winnecour, Esq.**<br>　　　　　　　　　　**Trustee** | **BK NO. 17-23658 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 2** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Richard M. Ritenour
143 Main Street
Bentleyville, PA 15314

Attorney for Debtor
Paul M. Daniels, Esq.
2403 Sidney Street
Suite 250B (VIA ECF)
Pittsburgh, PA 15203

Trustee
Ronda J. Winnecour, Esq.
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  Electronic means or first-class mail.

Dated: November 9, 2022

　　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas**
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com